IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**MICHAEL L. BROOKS,**

    Plaintiff,

v.                                                                      Civil Action No. **3:18CV498**

**GRANT FOOD STORE,** *et al.*,

    Defendants.

**MEMORANDUM OPINION**

On July 25, 2018, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on September 7, 2018, the Court directed Plaintiff to pay an initial partial filing fee of $4.03 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

    An appropriate Order shall issue.

/s/
M. Hannah Lauck
United States District Judge

Date: OCT 1 6 2018
Richmond, Virginia